UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAMPAGE ENTERTAINMENT, LLC,

    Plaintiff,

  v.

AKTHAR SHERANI, et al.,

    Defendants.

ZERO GRAVITY OF SEATTLE, LLC,

    Third-Party Plaintiff,

  v.

HEIDI JOY BENSON, et al.,

    Third-Party Defendants.

C19-586 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The Parties are ORDERED to file a supplemental joint status report on or before August 28, 2019, addressing the status of settlement negotiations. The Court extends the deadline to exchange initial disclosures to August 28, 2019.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of July, 2019.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk

MINUTE ORDER - 2