UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAMPAGE ENTERTAINMENT LLC,

    Plaintiff,

v.

AKTHAR SHERANI, et al.,

    Defendants.

C19-586 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court GRANTS the parties' request to extend the joint status report and initial disclosure deadline to October 31, 2019, docket no. 15.

(2) On or before October 31, 2019, the parties shall file initial disclosures pursuant to FRCP 26(a)(1) and a combined joint status report and discovery plan as required by FRCP 26(f). No further extensions will be granted.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of October, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1