UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAMPAGE ENTERTAINMENT LLC,

    Plaintiff,

v.

AKTHAR SHERANI, et al.,

    Defendants.

C19-586 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties are DIRECTED to file a Joint Status Report, on or before November 11, 2019, providing a proposed trial date. The parties shall also indicate any dates on which counsel anticipate being unavailable for trial.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of November, 2019.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1